1

2   Judge Paul B. Snyder
    Chapter 11

3

4
              UNITED STATES BANKRUPTCY COURT
5        FOR THE WESTERN DISTRICT OF WASHINGTON

6   In re                                    No. 10-49511

7   EDWARD JEFFREY WALTER               *EX PARTE* ORDER DISMISSING CASE
                            Debtor.      FOR FAILURE TO TIMELY FILE
8                                        SCHEDULES, STATEMENTS, OR LISTS

9        THIS MATTER comes before the Court on the United States Trustee's *Ex Parte* Application

10  for Order Dismissing Case for Failure to Timely File Schedules, Statements, or Lists pursuant to

11  Local Bankruptcy Rule 1017-2(b).  The debtor having been advised in the Notice of Chapter 11

12  Bankruptcy Case, Meeting of Creditors, & Deadlines, that if the debtor fails to file required

13  schedules, statements, or lists, the United States Trustee would apply for an *ex parte* dismissal seven

14  (7) days after the deadline passes; the debtor having failed to file a written objection to the dismissal

15  within seven (7) days after the expiration of the deadline, and the Court being otherwise fully advised

16  in the premises, it is

17

18       ORDERED that the case is dismissed.

19       DATED: _____

20

21

22                                        _____
                                          United States Bankruptcy Judge
23                                        (Dated as of Entered on Docket date above)

24  Presented by:

25  ROBERT D. MILLER JR
    United States Trustee

26  /s/ Mark H. Weber
    _____
27  MARK H. WEBER, MSBA#012798X
    Assistant United States Trustee

28

                                          Office of the United States Trustee
                                          United States Courthouse
    *EX PARTE* ORDER DISMISSING CASE FOR      700 Stewart Street, Suite 5103
    FAILURE TO TIMELY FILE SCHEDULES,         Seattle, WA 98101-1271
    STATEMENTS, OR LISTS - Page Solo          206-553-2000, 206-553-2566 (fax)